UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TERON MELVILLE and CHRISTOL KEANE,

                                PlaintiffS,       **NOTICE OF MOTION**

        - against -

                                                     18 CV 4260 (AMD) (JO) and
"JOHN DOES" 1-6 POLICE OFFICERS OF THE      18 CV 3765 (AMD) (JO)
CITY OF NEW YORK and L.T. "JOHN" CAIN and
THE CITY OF NEW YORK,

                                Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Assistant Corporation Counsel Matthew McQueen, dated November 25, 2019, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants hereby move this Court before the Honorable Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Briefing Schedule set by the Court on November 22, 2019, plaintiffs' opposition papers are due on or before December 23, 2019, and defendants' reply is due on or before January 10, 2019.

Dated: New York, New York
          November 25, 2019

                                          JAMES E. JOHNSON
                                          Corporation Counsel of the City of New York
                                          *Attorney for Defendants City and Cain*
                                          New York City Law Department
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2423

                               By:      /s *Matt McQueen*
                                          Matthew McQueen
                                          Assistant Corporation Counsel