UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TERON MELVILLE and CHRISTOL KEANE,

                                           Plaintiffs,

        - against -

"JOHN DOES" 1-6 POLICE OFFICERS OF THE
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                                           Defendants.

**DECLARATION OF MATTHEW MCQUEEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

18 CV 4260 (AMD) (JO) and
18 CV 3765 (AMD) (JO)

------------------------------------------------------------------------ x

       **MATTHEW MCQUEEN,** an attorney duly admitted to practice in the State of New York and in this Court, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

       I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants City of New York and Lieutenant Cain. As such, I am familiar with the facts stated below. I submit this declaration in support of Defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

       1. Annexed hereto as Exhibit "A" is a copy of the Complaint filed by Christol Keane on July 30, 2018, in the United States District Court for the Eastern District of New York.

       2. Annexed hereto as Exhibit "B" is a copy of the Complaint filed by Teron Melville on July 30, 2018, in the United States District Court for the Eastern District of New York.

3. Annexed hereto as Exhibit "C" is a copy of excerpts from the 50-H Hearing Transcript of the Examination of plaintiff Christol Keane, held June 30, 2016. During this hearing, Keane testified under oath about the events at issue in this lawsuit.

4. Annexed hereto as Exhibit "D" is a copy of excerpts from the 50-H Hearing Transcript of the Examination of plaintiff Teron Melville, held June 30, 2016. During this hearing, Keane testified under oath about the events at issue in this lawsuit.

5. Annexed hereto as Exhibit "E" is a copy of the declaration executed by non-party Officer Christopher D'Alto on August 10, 2019. In this declaration, Officer D'Alto made statements under penalty of perjury about the events at issue in this lawsuit.

6. Annexed hereto as Exhibit "F" is a copy of the declaration executed by defendant Lieutenant Kevin Cain on August 11, 2019. In this declaration, defendant Cain made statements under penalty of perjury about the events at issue in this lawsuit.

7. Annexed hereto as Exhibit "G" is a true and correct copy of the Omniform System Complaint Report regarding a report of a stolen motorcycle that was made on or about October 26, 2012, which was produced to plaintiffs bearing Bates Stamp Nos. DEF000018-19.

8. Annexed hereto as Exhibit "H" is a true and correct copy of the Form UF250 regarding the incident at issue in this lawsuit, which was produced to plaintiffs bearing Bates Stamp Nos. DEF00001-02.

9. Annexed hereto as Exhibit "I" is a true and correct copy of the Sprint Event Chronology the incident at issue in this lawsuit, which was produced to plaintiffs bearing Bates Stamp Nos. DEF00005-07.

- 3 -

Dated: New York, New York
       November 25, 2019

                            JAMES E. JOHNSON
                            Corporation Counsel of the City of New York
                            *Attorney for Defendants City and Cain*
                            100 Church Street
                            New York, New York 10007
                            (212) 356-2423

                          By:   /s/ *Matt McQueen*
                            MATTHEW MCQUEEN
                            Assistant Corporation Counsel
                            Special Federal Litigation Division