50-H HEARING

---------------------------------------------x
In the Matter of the Claim of
TERON R. MELVILLE and CHRISTOL KEANE,

      -against-

THE CITY OF NEW YORK,
NEW YORK CITY POLICE DEPARTMENT,
LIEUTENANT "JOHN" CAIN.
---------------------------------------------x
BLA#   2016PI010583

                                188 Montague Street
                                Brooklyn, New York

                                June 30, 2016
                                2:22 p.m.


      EXAMINATION of CHRISTOL KEANE, held at the above time and place, pursuant to Notice, taken before Anna Monchas-Gorvitz, a shorthand reporter and Notary Public within and for the State of New York.




                                              LEX# 118503

```
                                                        2
 1

 2         A p p e a r a n c e s:

 3

 4            THOMAS & SPIKES, ESQS.
                  Attorneys for Claimants
 5                111 Court Street, 2nd Floor
                  Brooklyn, New York 11201
 6         BY:    KEVIN SPIKES, ESQ.

 7

 8

 9            JANE N. BARRETT & ASSOCIATES, LLC
                  Attorneys for Respondents
10                188 Montague Street, Suite 402
                  Brooklyn, New York 11201
11         BY:    ELLEN LABANOWSKI, ESQ., of counsel

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                  3
 1
 2       C H R I S T O L   K E A N E, the witness
 3          herein, having first been duly sworn by
 4          a Notary Public of the State of New
 5          York, was examined and testified as
 6          follows:
 7   EXAMINATION BY
 8   MS. LABANOWSKI:
 9          Q     State your name for the record,
10   please.
11          A     Christol Keane.
12          Q     State your address for the
13   record, please.
14          A     341 10th Street, Apartment 5G,
15   Brooklyn, New York 11215.
16          Q     Ms. Keane, my name is Ellen
17   Labanowski.  I'm an attorney with the law
18   office of Jane Barrett, I'm of counsel to the
19   firm.  I'm here to ask you questions about a
20   claim that you filed against the City.
21                Wait for me to finish the
22   question before you answer and when you
23   answer, make sure everything is verbal so the
24   court reporter can take your answers down.
25   Okay?
```

                                                                  4

| | | |
|---|---|---|
| 1 | | C. Keane |
| 2 | A | Okay. |
| 3 | Q | I think I heard you say to the |
| 4 | | court reporter that you were recently |
| 5 | | married? |
| 6 | A | Correct. |
| 7 | Q | What is your married name? |
| 8 | A | Christol Hall. |
| 9 | Q | H-A-L-L? |
| 10 | A | Yes. |
| 11 | Q | When were you married? |
| 12 | A | ███████. |
| 13 | Q | Congratulations. |
| 14 | A | Thank you. |
| 15 | Q | What's your husband's name? |
| 16 | A | M-I-K-H-A-I-L, Hall. |
| 17 | Q | Does he reside with you at 341 |
| 18 | | 10th Street? |
| 19 | A | Yes. |
| 20 | Q | How long have you lived there? |
| 21 | A | 2013. |
| 22 | Q | Where did you live before that? |
| 23 | A | 136 Weldon Street, 3rd Floor, |
| 24 | | Brooklyn, New York 11208. |
| 25 | Q | Do you have any children? |

```
                                                       5
1                         C. Keane
2            A     Yes.
3            Q     Names and ages?
4            A     ███████, same last name.
5            Q     Keane?
6            A     Hall.
7            Q     How old?
8            A     She is thirty-two months.
9            Q     Any other children?
10           A     No.
11           Q     Have you ever been convicted of a
12   crime?
13           A     No.
14           Q     Other than the claim that we're
15   here to discuss today, have you ever filed
16   any other claims against the City of New
17   York?
18           A     No.
19           Q     What about against the State of
20   New York?
21           A     No.
22           Q     Are you now or have you ever been
23   a recipient of public assistance; Medicaid,
24   food stamps, housing allowance?
25           A     Food stamps.
```

```
                                                  10
1                    C. Keane

2         Q    Let me have your height and

3    weight, please.

4         A    Five-foot-one, 5'2 on a good day;

5    130 pounds.

6         Q    What was your weight back in

7    January 2016?

8         A    One hundred thirty.  Wait, I'm

9    sorry, it was 130 in January.  I'm probably

10   like 125 right now.  You could leave it as

11   130, it's fine.  It goes up and down.

12        Q    You're Teron Melville's cousin.

13             You filed a claim against the

14   City of New York so tell me in your own words

15   what happened, when it happened, and where it

16   happened.

17        A    On the night of January 30th, I

18   was leaving Teron's house.  It was our

19   youngest cousin, his brother's birthday.

20        Q    Where was the house?

21        A    136 Weldon Street.

22             Teron was taking M[redacted]    my

23   daughter and I home and on Atlantic Avenue,

24   on -- I believe it was Dumont Street, if I

25   remember correctly.  We were in the center
```

```
                                            11
 1                  C. Keane
 2   lane and Teron said he noticed there was a
 3   police car behind us and they were running
 4   his plates he said.
 5        Q    Was that a marked car or unmarked
 6   car, if you remember?
 7        A    I don't know.  I was in the back
 8   seat with my daughter so I didn't turn
 9   around.
10             We were at a stoplight and out of
11   nowhere, there were at least four marked cars
12   and four unmarked police cars surrounded our
13   car.  All the police officers, they jumped
14   out and they drew guns surrounding the car.
15             They kept saying, freeze, don't
16   shoot -- don't move.  They told him to, you
17   know, roll all the windows down.  At that
18   point, I probably had a gun less than twelve
19   inches from my face.
20        Q    Was that through the window of
21   the rear --
22        A    Through the window, in the back.
23             Thankfully my daughter was
24   sleeping.  All I could say was, please don't
25   shoot, there's a baby in the car.  A couple
```

```
                                                    12
 1                      C. Keane
 2     of seconds later, they opened the door.
 3          Q     Who opened the door?
 4          A     One of the police officers.
 5          Q     Can you describe him or her?
 6          A     I didn't see, it was dark.  It
 7     was like around almost midnight that night.
 8     They yanked me out of the car, I didn't even
 9     get a chance to properly cover my daughter.
10     I ended up hitting my knee.
11          Q     On what?
12          A     On the door as I grabbed her.
13          Q     Which knee?
14          A     The right knee.
15                They told me to stay on the --
16     sit on the sidewalk with my daughter.
17          Q     Did you take her out of the car?
18          A     I had to.
19          Q     Was she in the car seat or did
20     you take her out of the car seat?
21          A     No, we didn't have a car seat.  I
22     was holding her so I had to unstrap her, she
23     was in the middle, next to me.  I had to
24     unbuckle her and grab her with me.  So I
25     didn't get a chance to properly put a jacket
```

```
                                              13
 1                      C. Keane
 2     on and everything else.
 3              So while I sat on the side of the
 4     street like, you know, I was a criminal or
 5     something, they -- I noticed the other police
 6     officers searching the car, they searched my
 7     bag.
 8         Q    Your pocketbook?
 9         A    My pocketbook.
10         Q    You had a diaper bag?
11         A    I had a diaper bag too.
12         Q    They searched that?
13         A    Yeah.
14         Q    Did they tell you why it was --
15         A    I kept asking.
16         Q    Let me finish the question.
17              Did they tell you why they were
18     searching the car, your pocketbook, and the
19     diaper bag?
20         A    No.
21              I told them that I needed to call
22     my aunt which is Teron's mom because I didn't
23     know what was going on and none of the
24     officers would say anything to me.  They just
25     told me to sit there and don't move.
```

```
                                                    14
 1                       C. Keane

 2              I noticed my --

 3      Q       Did you call your aunt?

 4      A       I did.

 5              I noticed my cousin, they had him

 6   in the middle of the street on the ground

 7   facedown and then they picked him up and they

 8   put him in a police car.  That was in front

 9   of his car.  Then --

10      Q       Was he handcuffed?

11      A       Yeah, he was in handcuffs.

12              Then at least, I want to say

13   about an hour sitting there, one of the

14   officers finally said to me, you can go back

15   to the car with the baby and I said, what are

16   you guys doing, what is this all for?  They

17   said, oh, his plates came up attached to a

18   motorcycle that was reported stolen.

19      Q       Were you arrested?

20      A       No.

21      Q       Were you handcuffed?

22      A       No.

23      Q       Were you touched in any way by

24   the police?

25      A       Well, besides them yanking me out
```

```
                                              15
1                C. Keane

2    the car and telling me to go sit on the side

3    of the street in the freezing cold, I mean --

4         Q    Nothing beyond that?

5         A    No.

6              And the officer, I didn't get his

7    name.  I was hysterical.  I mean, the whole

8    ordeal, it was just so traumatizing, it's not

9    one night I want to relive ever.  I still get

10   nightmares about it.  I asked them, I said,

11   that doesn't make sense.  Why would a

12   motorcycle plate be attached to a regular

13   car?  It's two different sizes, it doesn't

14   make sense.  He just walked away.

15        Q    Did you get the names of any of

16   the police officers?

17        A    No, my -- Teron got the name of

18   the lieutenant or the sergeant that was

19   there.

20        Q    What happened after that, after

21   they told you you could go back to the car

22   with your baby?

23        A    My aunt came, they released Teron

24   from the police car and the handcuffs.  He

25   came back to the car and they told him he can
```