50-H HEARING

-----------------------------------------x
In the Matter of the Claim of
TERON R. MELVILLE and CHRISTOL KEANE,

                    -against-

THE CITY OF NEW YORK,
NEW YORK CITY POLICE DEPARTMENT,
LIEUTENANT "JOHN" CAIN.
-----------------------------------------x
BLA#   2016PI010581

                         188 Montague Street
                         Brooklyn, New York

                         June 30, 2016
                         1:35 p.m.

          EXAMINATION of TERON R. MELVILLE, held

at the above time and place, pursuant to

Notice, taken before Anna Monchas-Gorvitz, a

shorthand reporter and Notary Public within and

for the State of New York.

                              LEX# 118502

2

1

2   A p p e a r a n c e s :

3

4         THOMAS & SPIKES, ESQS.
              Attorneys for Claimants
5             111 Court Street, 2nd Floor
              Brooklyn, New York 11201
6         BY:  KEVIN SPIKES, ESQ.

7

8

9         JANE N. BARRETT & ASSOCIATES, LLC
              Attorneys for Respondents
10            188 Montague Street, Suite 402
              Brooklyn, New York 11201
11        BY:  ELLEN LABANOWSKI, ESQ., of counsel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2   T E R O N  R.  M E L V I L L E, the witness

3            herein, having first been duly sworn by

4            a Notary Public of the State of New

5            York, was examined and testified as

6            follows:

7   EXAMINATION BY

8   MS. LABANOWSKI:

9        Q      State your name for the record,

10   please.

11        A      Teron Melville.

12        Q      State your address for the

13   record, please.

14        A      136 Weldon Street, 3rd Floor,

15   Brooklyn, New York 11208.

16        Q      Mr. Melville, my name is Ellen

17   Labanowski.  I'm an attorney of counsel to

18   the law office of Jane Barrett.  I'm here to

19   ask you some questions about a claim that you

20   filed against the City of New York.

21   Wait for me to finish the question before you

22   answer, and when you do answer, make sure

23   your answers are verbal so that the court

24   reporter can get them down.

25        A      No problem.

9

```
 1                    T. Melville

 2        A      I would say Gio, G-I-O.

 3        Q      Are you on any prescription

 4   medications today?

 5        A      No.

 6        Q      Were you on any prescription

 7   medications in January of 2016?

 8        A      For that month, no.  After the

 9   incident, I went to the doctor and he gave me

10   some medication, like some pain.

11        Q      Before the incident, were you on

12   any prescription medication?

13        A      No.

14        Q      On the date of the incident, were

15   you on any prescription medication?

16        A      No.

17        Q      You filed a claim against the

18   City so tell us what happened; date, time,

19   place.

20        A      So it was January 30th, it was

21   the weekend of my little brother's birthday.

22   I was taking my cousin home, Christol Keane,

23   and I was on --

24        Q      Where does Christol live?

25        A      Christol lives by Park Slope.
```

10

1                         T. Melville

2         Q      Do you know her street address?

3         A      Exact number?  No.

4         Q      How were you taking her --

5         A      I was driving her home.

6         Q      In your car?

7         A      Yes, ma'am.

8         Q      Approximately what time of day?

9         A      It was roughly around 11:00.

10        Q      P.m.?

11        A      P.m.

12        Q      What happened?

13        A      So I was taking her home, I was

14    at the light and I noticed that there was a

15    cop car that was following me.

16        Q      Where was the light?

17        A      It was -- the exact street?  It's

18    on Atlantic and the cross street -- do you

19    mind if I check on my GPS?

20        Q      Sure.

21               MS. LABANOWSKI:  Off the

22               record.

23               (Whereupon, a discussion was

24               held off the record.)

25        A      Vermont.

11

1                    T. Melville

2        Q    So you were stopped at a light?

3        A    I was at the light.

4        Q    Stopped at a red light?

5        A    Yes, ma'am.

6        Q    That's Brooklyn.

7             How long were you stopped at the

8   light for?

9        A    Stopped at the light for about a

10  couple of seconds.

11       Q    What happened?

12       A    I noticed across the street there

13  was an undercover car.

14       Q    How did you know it was an

15  undercover car?

16       A    Because it was a tinted out black

17  Impala.  You know, you could tell certain cop

18  cars off the top.

19       Q    So you noticed an undercover car?

20       A    I noticed like --

21       Q    Let me just get a description

22  from you of what you saw.

23            Color of the car?

24       A    It was all black.

25       Q    Black?

12

1                    T. Melville

2         A      Black Impala, tinted.

3         Q      Where was that car?

4         A      It was on the other side of the

5    street.

6         Q      On Atlantic Avenue?

7         A      Yes, ma'am.

8         Q      Did it have any lights on?

9         A      No.

10               There was one behind me, he was

11   following me two blocks prior to the red

12   light.

13        Q      That car that was behind you,

14   when did you first notice that car?

15        A      I noticed him -- he was driving,

16   I noticed him -- he was just driving in the

17   middle lane, I was on the inner lane and I

18   noticed him driving two blocks prior to

19   getting to Vermont.

20               Once I passed him, I noticed that

21   he started following me.  In and out of every

22   lane, he was just behind me.

23        Q      That was the car that was

24   different than the one that you --

25        A      Regular police car.

13

1                              T. Melville

2          Q       This was a regular police car?

3          A       Uh-huh.

4          Q       This was a marked car?

5          A       Yes, ma'am.

6          Q       Let me see if I have this

7     straight.  You noticed him two blocks before

8     Vermont?

9          A       Yes.  He was driving as I was

10    approaching the -- before I got to Vermont,

11    two blocks prior, he was just driving and as

12    I passed him, he came right behind me and

13    then had a traffic sign, so I made a lane

14    switch, he came behind me.  When I went back

15    into the right lane, he went back in the

16    right lane again behind me.  He just stayed

17    there.

18         Q       Did he ever signal for you to

19    pull over?

20         A       Nope, he didn't do anything.

21         Q       Did he flash any lights?

22         A       No, ma'am.

23         Q       Did you hear any sirens or horns?

24         A       No, ma'am.

25         Q       What happened next?

14

1                          T. Melville

2          A      It was just like regular, I was

3     just driving but I knew he was running my

4     plates and I'm like, you know --

5          Q      How did you know he was running

6     your plates?

7          A      Because everywhere I went, he was

8     behind me and the lanes were open.  So I'm

9     like -- there's no reason for you to be

10    exactly behind me every lane I go to if all

11    the other lanes are open.

12         Q      What happened next?

13         A      I was just at the light and then

14    I noticed there was -- at the intersection,

15    there was a cop car, there were two cop cars

16    that were coming up the block.  The unmarked

17    car that I was telling you about that was on

18    the other side of Atlantic, he went around

19    the traffic and then I'm like, wow, something

20    is about to go down, I don't know what it

21    was.  But then out of nowhere, a whole swamp

22    of cars approached me at the light.  They cut

23    off all the traffic, put their lights on, cut

24    off the traffic, and they blocked my car off

25    at the intersection.

15

1                       T. Melville

2          Q       Did they surround your car?

3          A       Yes, basically.  I don't know

4    where the other cars came from, they just

5    came out of the woodworks.

6          Q       What happened next?

7          A       So once I saw that, I put the

8    windows down and I just had the car there.  I

9    didn't do anything.

10         Q       Did you leave it at that

11   intersection, in front, by the light?

12         A       Yes, I was at the light.  I just

13   put the windows down as a precaution and then

14   everyone jumped out the cars with their guns

15   drawn.

16         Q       Approximately how many police

17   officers?

18         A       Approximately it was -- I would

19   say for -- at least thirteen police officers.

20         Q       They all had their weapons drawn?

21         A       All had their weapons drawn.

22         Q       Were they in uniform or --

23         A       There were some in uniform and

24   some regular.  The marked cars, they were

25   regular, and the marked cars had their

16

1                         T. Melville

2      uniforms on.  The lieutenant was there also.

3              Q      How do you know he was a

4      lieutenant?

5              A      'Cause I spoke to him after the

6      incident.

7              Q      What was the lieutenant's name?

8              A      Lieutenant Cain.

9              Q      Cain or King?

10             A      Cain.

11             Q      What happened after the

12     approximately thirteen police officers came

13     out?

14             A      They ran up to me on the car.

15     They said, don't move, don't move, put your

16     hands out the window.  I put my hands out the

17     window.

18             Q      Hold on.

19             A      Sorry.

20             Q      You complied?

21             A      Yes, ma'am.

22                    They told me to put my hands out

23     the window, I did, and they said, get out the

24     car.  I said, Officer, the car is in drive.

25     He said, put it in park.  I took my time and

17

1                        T. Melville

2    put it in park.  He said, put your hands out

3    the window, I did.  They opened the door and

4    one officer briskly grabbed me by my arms

5    and --

6            Q      Hold on.  Slow down.

7                   Did you put the car in park?

8            A      Yes, ma'am.

9            Q      Then what happened after you put

10   the car in park?

11           A      After I did, he told me once

12   again to put my hands out the window and then

13   he grabbed my hands, he -- one officer opened

14   the door.

15           Q      A different officer?

16           A      Yes, ma'am, while the guns was

17   still drawn.

18           Q      Where was Christol in the car?

19           A      Christol was in the back seat

20   with her daughter.

21           Q      When you say opened the door, did

22   they open the front driver door?

23           A      The driver door, yes.

24           Q      Then what happened?

25           A      After they opened the door, one

18

```
 1                      T. Melville

 2      officer grabbed me and body slammed me to the

 3      ground.

 4              Q      Do you know that officer's name?

 5              A      No, ma'am.

 6              Q      Did you say anything to him?

 7              A      I asked him, what did I do?

 8              Q      What did he say?

 9              A      He said, don't worry about it.

10              Q      Can you describe that officer?

11              A      About, I would say six-foot,

12      built, light skinned, groomed.

13              Q      Approximate age?

14              A      Probably, I would say about

15      thirty, thirty-two.

16              Q      Was he uniformed or undercover?

17              A      That was undercover.

18              Q      Did you know him before the date

19      of this, had you ever seen him before this

20      date?

21              A      No, ma'am.

22              Q      What happened then?

23              A      So after he grabbed me, threw me

24      on the ground, the officer put his knee to my

25      back.
```

19

1                          T. Melville

2          Q      That's a different officer?

3          A      No, same officer, same one that

4     pulled me out the car.

5          Q      Then what happened?

6          A      He said, put your hands behind my

7     back and I complied.

8          Q      Then?

9          A      While applying pressure with his

10    knee to my back, he grabbed my arms and he

11    pushed it up toward my neck.  I'm like,

12    Officer, you're hurting me.  He's like,

13    relax.  I'm like, I'm relaxed, you're hurting

14    me.  Then he proceeded to arrest me.

15         Q      He handcuffed you?

16         A      Yes, ma'am.

17         Q      From behind?

18         A      Yes, ma'am.

19         Q      Did you ever hit any of the

20    police officers?

21         A      No.

22         Q      Kick any of the police officers?

23         A      No, ma'am.

24         Q      Spit at any of the police

25    officers?

20

1                        T. Melville

2          A     No, ma'am.

3          Q     Curse at any of the police

4     officers?

5          A     No, ma'am.  I just kept asking,

6     what did I do?  Eventually they told me.

7          Q     What did they tell you?

8          A     They told me that the car was

9     stolen.

10         Q     When did you learn that?

11         A     That same day.

12         Q     But at what time; was it at the

13    scene of the arrest or --

14         A     At the scene of the arrest that

15    he said that.  I told him, how could it be

16    stolen if I have all the paperwork?

17         Q     Were you the registered owner?

18         A     Yes, ma'am.

19         Q     What kind of a car was it?

20         A     It was a 2009 Infiniti sedan,

21    black.

22         Q     2009 Infiniti sedan?

23         A     Four-door, black.

24         Q     You were the registered owner?

25         A     Yes, ma'am.

21

1                          T. Melville

2          Q      When did you purchase the car?

3          A      I purchased the car in 2015.

4    When was it?  In the beginning of November,

5    roughly around my birthday, I had just

6    purchased it.

7          Q      You registered it with the

8    Department of Motor Vehicles?

9          A      Yes, ma'am.

10         Q      The plates that were on the car

11   were the plates given to you by the DMV?

12         A      Yes, ma'am.

13                This is why I didn't understand

14   what they were talking about.  I had all the

15   paperwork.

16         Q      Did they ask to see the

17   registration for the car?

18         A      They did after they -- they had

19   me on the floor for a while.  They asked me

20   where it was and I told them.

21         Q      Did you give them access to the

22   registration?

23         A      Yes, ma'am, everything was right

24   there.

25         Q      Did the police look at it?

22

1                    T. Melville

2          A      They looked at it and they took

3     it back to the car, they had me on the ground

4     for a couple of minutes before they actually

5     picked me up and put me on the sidewalk.

6     Then they went to the car to check it and

7     then they had to move my car from the street

8     'cause it was blocking traffic.

9                Now after that, they took me

10    there, they had me there waiting in the cold

11    and they had Christol on the sidewalk with

12    her daughter.

13         Q      How old is Christol's daughter?

14         A      Christol's daughter is

15    two-and-a-half.

16         Q      Was Christol also arrested?

17         A      They was about to -- I'm not -- I

18    can't recall because I was to the side.

19                MS. LABANOWSKI:  Off the

20                record.

21                (Whereupon, a discussion was

22                held off the record.)

23         Q      Go ahead.

24         A      After they had me there, they ran

25    everything and then they said it was a

23

1                       T. Melville

2    mistake.

3          Q     Let me ask you, while they were

4    running the information, were you still

5    handcuffed?

6          A     Yes, ma'am.

7          Q     What's the total time that you

8    were handcuffed?

9          A     I would give it a good forty-five

10   minutes to an hour just there waiting, and it

11   was freezing.

12         Q     What was the temperature?

13         A     I give it, that night it was

14   about, what was it?  Thirty.

15         Q     What were you wearing?

16         A     I had on a sweater with some --

17   with a light jacket.

18         Q     While you were standing on the

19   sidewalk handcuffed, did you make any

20   complaints about the tightness of the

21   handcuffs?

22         A     Yes.

23         Q     How many times did you complain

24   about that?

25         A     I spoke to them about five times

24

1                          T. Melville

2       about the handcuffs too tight and he said,

3       you'll be fine.

4               Q       Did they ever loosen them?

5               A       Eventually they loosened it.   One

6       officer, after the fifth time, he was like,

7       okay, said to relax, don't move, I'm going to

8       loosen it for you and I said, sure, thank

9       you.  But that was not long after they had

10      let me go and they found out that they

11      actually made a mistake.

12              Q       What did they say to you after

13      they ran your registration and the plate

14      number?

15              A       Apparently they told me that my

16      license plate was connected to a motorcycle

17      that was stolen in 2012.  But I said, how

18      could it be linked to -- how can it be linked

19      to something else if DMV doesn't give

20      duplicate license plates?  That doesn't make

21      any sense.  He said, that's what came up in

22      the system, I have to go to DMV to get that

23      clarified.

24              Q       Did you do that?

25              A       Yes, I did and when I went to DMV

25

1                    T. Melville

2    they told me that in the system, they don't

3    see what they are talking about.  In the

4    system, my license plates are fine so it's an

5    error on their part.

6         Q     When did you go to DMV?

7         A     That happened the Sunday, I went

8    the Monday.

9         Q     Which DMV?

10        A     Right here, Downtown Brooklyn.

11        Q     So what were you told, what were

12   you told about the plate?

13        A     The license plate was connected

14   to a motorcycle that was stolen in 2012.

15        Q     What did DMV tell you?

16        A     DMV told me that they don't see

17   anything in their records with a license

18   plate that comes up as connected to a 2009

19   Infiniti Sport sedan.

20               I'm like, so what are they

21   talking about seeing that you guys supposed

22   to allegedly share the same information?  She

23   said she doesn't know.  It has to be

24   something on their error.  They did not

25   update their system or they don't -- she

26

1                        T. Melville

2    don't know what it is.

3        Q    Did you ever speak to the police

4    again after you went to the Department of

5    Motor Vehicles?

6        A    I spoke to the lieutenant because

7    he called and they said that --

8        Q    When did you speak to the

9    lieutenant?

10       A    I spoke to the lieutenant

11   actually -- what was it?  That Monday.

12       Q    So that's about a day or two

13   after the incident?

14       A    Yeah.

15       Q    That's Lieutenant who?

16       A    Lieutenant Cain, but they said it

17   has to be with the DMV, they don't know what

18   to tell me.  That's what's coming up in their

19   system, it's like a back and forth.

20       Q    So your plate was still coming up

21   as stolen at the NYPD?

22       A    On the scanners, yeah, on their

23   scanners.

24       Q    Have you resolved this issue with

25   the license plate?

27

1                      T. Melville

2          A      I have not.  I tried to get

3    another -- I went back and they told me that

4    the license plates have been -- she said it's

5    stopped at -- in 2013.

6                  It was reported stolen -- those

7    license plates reported stolen in 2012 and it

8    was resolved in 2013.  So they don't

9    understand my car was registered in 2015.  So

10   they don't know what connection that would

11   have with me.  Even if it was stolen, if it

12   comes up as a motorcycle, you're scanning a

13   car so it doesn't --

14         Q      You still have the car?

15         A      Yes, ma'am.

16         Q      You still have the plate on the

17   car?

18         A      Yes, ma'am.

19         Q      The plate is still the plate

20   where there seems to be some confusion

21   about --

22         A      Yes, ma'am, 'cause I went to DMV

23   to try and see if they would change it.  I'm

24   like, why would I have to pay for a license

25   plate if I did not make an error?

28

```
 1                      T. Melville

 2          Q      What were you told by DMV?

 3          A      They said that in order to get

 4     another one, I have to pay for it because

 5     they don't see anything in their system so

 6     they don't know what to tell me.          If

 7     it was an error, then they said that it would

 8     not be a problem to exchange it but they

 9     don't see anything in the system.  So it

10     would have to come out of my problem to get

11     the problem corrected when I begin do

12     anything wrong [sic].

13          Q      It's not coming up as stolen in

14     the DMV database?

15          A      No, ma'am.

16          Q      Have you been stopped again by

17     the police with respect to this license

18     plate?

19          A      No.

20          Q      Were you ever stopped before

21     January 29, 2016?

22          A      No.

23          Q      How much would it cost for you to

24     get the new plates?

25          A      To get another one like that it
```

29

```
 1                    T. Melville

 2    would be ninety-eight dollars.

 3          Q     Do you intend to do that?

 4          A     I intend to do it but I don't

 5    want to pay for it if I didn't do anything

 6    wrong.

 7          Q     How long did this whole incident

 8    take from the point where you were pulled

 9    over until the point where you were released

10    that night?

11          A     I would give it a little bit over

12    an hour.

13          Q     When the police released you, you

14    were on Atlantic Avenue?

15          A     Yes, ma'am.

16          Q     When they released you, did they

17    give you a desk appearance ticket, a summons,

18    anything?

19          A     They didn't give me anything.

20    They said that -- they just apologized.

21    Actually after I was released, the majority

22    of the officers left.  They didn't really --

23    they didn't say anything.  The one that

24    arrested, the one that pulled me out the car,

25    everyone left.  It was just the lieutenant
```

30

1                       T. Melville

2     that really stayed.

3          Q      You didn't receive any tickets or

4     summonses?

5          A      They said -- give me anything,

6     they said there wasn't anything to give.

7          Q      Did you file any complaints with

8     the Civilian Complaint Review Board?

9          A      No, I didn't file anything.   I

10    only brought it to the lawyer because I

11    didn't know how to go about the situation.

12         Q      Have you ever been contacted by

13    Internal Affairs?

14         A      No, ma'am.

15         Q      Did you seek any medical

16    attention for any physical injuries you claim

17    you sustained in this incident?

18         A      Yes, ma'am.

19         Q      What injuries do you claim you

20    sustained as a result of this event?

21         A      I was starting to get a pain in

22    the middle of my back.

23         Q      Lower back, middle, upper?

24         A      Like middle upper, right where

25    the officer had his knee to my back, big

31

1                        T. Melville

2    officer.

3        Q      Approximately how much did he

4    weigh?

5        A      I'd give him 200, 210.

6        Q      Describe him again.

7        A      Stocky officer, light skinned.

8        Q      Did you ever learn his name?

9        A      No, he didn't give his name.

10   After I was released, he left.  I didn't have

11   a chance to interact with anyone except the

12   lieutenant.

13       Q      Did you get medical attention for

14   your pain in your back?

15       A      Yes, the doctor had -- he had

16   prescribed me some painkillers and -- what

17   was it?  Ibuprofen to take over the course

18   and he said, you should be fine with this.

19       Q      Where did you go for the medical

20   for the first time?

21       A      I went to the doctor, what was

22   it?  I left that paper home.

23       Q      Was it the day after, a week

24   after?

25       A      It was about a week after.