UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHRISTOL KEANE,

                                        Plaintiff,

       - against -

"JOHN DOES" 1-6 POLICE OFFICERS OF THE
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                                        Defendants.

**DECLARATION OF CHRISTOPHER D'ALTO**

18 CV 3765 (AMD) (JO)

------------------------------------------------------------------------ x

------------------------------------------------------------------------ x

TERON MELVILLE,

                                        Plaintiff,

       - against -

"JOHN DOES" 1-6 POLICE OFFICERS OF THE
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                                        Defendants.

18 CV 4260 (AMD) (JO)

------------------------------------------------------------------------ x

      I, **CHRISTOPHER D'ALTO**, a non-party to this action, declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury, that the following is true and correct:

      1.    I am employed by the City of New York as a member of the New York City Police Department holding the rank of police officer and I am assigned to the 75th Precinct. I make this declaration based on my personal knowledge.

2. On January 30, 2016, my partner Officer Tyrone Gill and I were on patrol in an automobile equipped with Mobile Plate Hunter, which automatically scans license plates of other cars.

3. When the Mobile Plate Hunter scanned Mr. Melville's license plate, it identified the license plate as belonging to a stolen vehicle. So, we began following the vehicle.

4. Mr. Melville's vehicle had vanity plates with New York license plate number SW3RVE, and the windows appeared to be very tinted.

5. I relayed the license plate number to central dispatch, who confirmed that a vehicle associated with those plates had been reported stolen.

6. We then put a call over the radio to indicate that we were following a suspected stolen vehicle, and requested backup.

7. Other police vehicles that responded to the call blocked the suspected stolen vehicle at an intersection.

8. Several officers approached the vehicle and removed Teron Melville and Christol Keane from the vehicle.

9. I noticed that they also had a young child in the vehicle with them, but that there was no child safety seat or child restraint system in the vehicle.

10. Teron Melville was informed that his car was stopped because the license plate reader indicated that the vehicle had been stolen.

11. Teron Melville claimed that he was the registered owner of the vehicle.

12. Upon further investigation, it was determined that Mr. Melville was the registered owner of the vehicle, but that the license plate scanner pinged his vehicle as stolen because he had the same license plate number as a motorcycle that had previously been reported as stolen.

13. My partner and I returned to patrol and Lieutenant Cain remained on scene to explain everything to the occupants of the vehicle.

Dated:    August 10, 2019
             Brooklyn, New York

_____
Christopher D'Alto