UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHRISTOL KEANE,

                                Plaintiff,

    - against -

"JOHN DOES" 1-6 POLICE OFFICERS OF THE
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                                Defendants.

**DECLARATION OF KEVIN CAIN**

18 CV 3765 (AMD) (JO)

------------------------------------------------------------------------ x

------------------------------------------------------------------------ x

TERON MELVILLE,

                                Plaintiff,

    - against -

"JOHN DOES" 1-6 POLICE OFFICERS OF THE
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                                Defendants.

18 CV 4260 (AMD) (JO)

------------------------------------------------------------------------ x

       I, **KEVIN CAIN**, declare, pursuant to 28 U.S.C. Section 1746, under penalty of perjury, that the following is true and correct:

    1.    I am employed by the City of New York as a member of the New York City Police Department holding the rank of lieutenant and I am assigned to the 75th Precinct. I make this declaration based on my personal knowledge.

2. On January 30, 2016, I heard a call come over the radio about officers in pursuit of a suspected stolen vehicle.

3. I responded to the location where the suspected stolen vehicle had been stopped.

4. I did not remove anyone from the vehicle or place anyone in handcuffs, and did not witness either of those things being done.

5. When I arrived at the location, I learned from other officers who were already on scene that there was some question as to whether or not the stopped vehicle had in fact been stolen.

6. Upon further investigation, it was determined that the individual stopped was the registered owner of the vehicle, but that the license plate scanner pinged his vehicle as stolen because he had the same vanity plates as a motorcycle that had previously been reported as stolen.

7. I explained the situation to an individual, possibly Teron Melville, and apologized for the error.

8. I advised the same individual to contact the Department of Motor Vehicles to get the situation with his license tag straightened out, and provided him with my name and contact information in case he had any questions later on.

Dated:     August 11, 2019
           Brooklyn, New York

_____
Kevin Cain