# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 049 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, No Arrests | Complaint #: 2012-049-007338 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|

| Occurrence Location: REAR OF 868 VAN NEST AVE | NYC Parks Dept. Property | Precinct: 049 | |
|---|---|---|---|
| Name Of Premise: | Did this offense occur on NYC Parks Dept. Property? | Sector: | |
| Premises Type: PARKING LOT/GARAGE ( | Command: | Beat: | |
| Location Within Premise: | NYC Parks Dept. Property Name: | Post: | |
| Visible By Patrol?: NO | | | |

Occurrence From: 2012-10-26 02:00 FRIDAY
Occurrence thru: 2012-10-26 04:00
Reported: 2012-10-26 13:22
Complaint Received: RADIO

Aided #
Accident #
O.C.C.B. #

| Classification: GRAND LARC AUTO | Case Status: OPEN |
|---|---|
| Attempted/Completed: COMPLETED | Unit Referred To: P.D.U. |
| Most Serious Offense Is: FELONY | Clearance Code: |
| PD Code: 451 LARCENY,GRAND OF MOTORCYCLE | Log/Case #: 0 |
| PL Section: 15530 | Clearance Arrest Id: |
| Keycode: 110 GRAND LARCENY OF MOTOR VEHICLE | Clearance AO Cmd: |
| | File #: 9 |
| | Prints Requested? NO |

| Is This Related To Stop And Frisk Report: NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|

| Gang Related? NO | OCCB FOD Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|

| DIR Required? NO | Child in Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: |
|---|---|---|---|

| If Burglary: | Alarm: | If Arson: | Taxi Robbery: |
|---|---|---|---|
| Forced Entry? | Bypassed? | Structure: | Partition Present: |
| Structure: | Comp Responded?: | Occupied?: | Amber Stress Light Activated: |
| Entry Method: | Company Name/Phone: | Damage by: | Method of Conveyance: |
| Entry Location: | | | Location of Pickup: |
| | Crime Prevention Survey Requested?: | | |
| | Complaint/Reporter Present?: | | |

| Supervisor On Scene - Rank / Name / Command : | Canvas Conducted: YES | Translator(if used): |
|---|---|---|

NARRATIVE:
AT TPO, C/V LAST SAW HIS MOTOR CYCLE PARKED AND CHAINED AT 2AM FRIDAY. C/V WAS INFORMED BY NEIGHBOR THAT HIS MOTORCYCLE WAS GONE. NO CAMERAS IN AREA.

No NYC TRANSIT Data for Complaint # 2012-049-007338

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 0 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: G█████ | Complaint#: 2012-049-007338 |
|---|---|---|

| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
|---|---|
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: HISPANIC WHITE | |
| Age: 22 | Will View Photo: NO |
| Date Of Birth: ███ | Will Prosecute: YES |
| Disabled? NO | Notified Of Crime Victim Comp. Law: NO |
| Is this person not Proficient in English?: | |
| If Yes, Indicate Language: | |
| N.Y.C.H.A Resident? NO | |
| Is Victim fearful for their safety / life? NO | |
| Escalating violence / abuse by suspect? NO | |
| Were prior DIR's prepared for C/V? NO | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | ███ | | | | |

Phone #: HOME ███

| Action against Victim: | Actions Of Victim Prior To Incident: PARKED MOTORCYCLE |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |

| PROPERTY: | Complaint #2012-049-007338 | Lost/Stolen/Found: STOLEN |
|---|---|---|

| Item | Property Category | Owner Identification Num. | Qty | Description | Serial # | Property Type | $ Stolen | $ Recovered |
|---|---|---|---|---|---|---|---|---|
| 1 | PERSONAL | NONE | 1 | 2012 DUCATI HYPERMOTORCYCLE | | MOTOR VEHICLE | 15000 | 0 |

TOTAL VALUES: STOLEN $ 15000. RECOVERED $ 0.

| EVIDENCE: | | | | Complaint # 2012-049-007338 |
|---|---|---|---|---|
| Evidence Collected?: | Evidence Collection Team/Crime Scene Requested?: | ECT Responded?: | ECT Run#: | Crime Scene Responded?: |

DEF000018

Evidence Invoice #

No IMEI Data for Complaint # 2012-049-007338

| VEHICLE: # 1 of 1 | VIN: ZDM1YAAN9CB024257 | Complaint #: 2012-049-007338 |
|---|---|---|
| Vehicle Was: STOLEN | Vehicle Stolen/Attempted Stolen From: PARKING LOT | Invoice #: |

Vehicle

| Plate(s): STOLEN | | Recovered Prior To Alarm: NO |
|---|---|---|
| Number of Plates: 2 | Year: 2012 | Alarm #: 999999 |
| License Plate #: SW3RVE | Make: DUCATI | Precinct: 049 |
| State: NY | Model: HYPERMOZART | Date: 10/26/2012 |
| Expires: 2013 | Style: MOTOR BIKE | Time: 1830 |
| Type: MOTORCYCLE | Color: MULTI COLORED OR STR | Transmitted By: PO HERPIN |
| Ins. Code: 100 | | |
| Policy #: 9258859109 | | |

| Vehicle Condition: | Held For Forfeiture: |
|---|---|

| Reporting/Investigating M.O.S. Name: POM REXHAJ ADRIATIK | Tax #: 949537 | Command: 049 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT WASLEY RICHARD | Tax #: 937715 | Command: 049 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: POF HERPIN | Tax #: 904144 | Command: 049 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT WASLEY | Tax #: 937715 | Command: 049 PCT | Rep.Agency: NYPD |

END OF COMPLAINT REPORT
# 2012-049-007338

Print this Report

DEF000019