

# New York City Police Department
## UF250

| | | |
|---|---|---|
| Precinct: 075 | Crime Suspected: GRAND LARCENY AUTO | UF250#: 2016075000034 |
| Occurence Location: VERMONT STREET&&ATLANTIC AVENUE<br>Cross Streets: ATLANTIC AVENUE<br>Describe Location:<br>Location Type: | Occurence Date: 1/30/2016<br>Occurence Time: 23:00:00<br>Period Observed Prior: 5 minutes<br>Duration of STOP: 15 minutes | Jurisdiction:<br>Radio Run: NO<br>Sprint: |

**Name of Person Stopped:**

| | | |
|---|---|---|
| Nickname/AKA: | Height: 5'4 | Arrested: NO |
| Sex: FEMALE | Weight: 115 | Offense:: |
| Race: BLACK | Eyes: BROWN | Arrest#:: |
| Age: | Hair: BLACK | Summons:: |
| Date of Birth: | Build: M | Offense: |
| Identification: | Other Marks: | Summons#: |
| Address: | | Frisked: NO |
| Telephone#: | | Searched: NO |

Officer in Uniform: YES     If NO, How ID:
Did Officer Explain STOP?: YES     If NO, Explain:
Weapons Found, if any:
Other Contraband Found: NO
Contraband/Weapon Location:

Physical Force Used:     Other Persons Stopped: NO

**Circumstances Leading to Stop:**
10-16 VIA CENTRAL STOLEN VEH VIA CENTRAL

**Additional Factors:**
10-16 VIA CENTRAL; STOLEN VEHICLE VIA PLATE

**Frisk Basis:**

**Search Basis:**

**Demeanor of Person Stopped:**
NERVOUS / UPSET

**Remarks made by Person Stopped:**

**Additional Reports Prepared:**

| Reporter Name: | Tax #: | Command: | Agency: |
|---|---|---|---|
| DALTO | 945641 | 075 | Officer Reported |
| Reviewer Name: | Tax #: | Command: | Agency: |
| HILLMANN | 941904 | 075 | Officer Supervisor |

