# Event Chronology -- D16013024267 [5 Year Archive]

☑ System Comments  ☐ Associated Events

| Event | Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|---|
| 16013024267 | 22:55:51 | 1/30/2016 | ps1-d22 | 354453 | EVENT CREATED: BK , Cross Streets=ATLANTIC AVE /LINWOOD ST , Zone=Z22 , PCT/Sector=75A |
| | | | | | Route=D, PCT=75, Sector=75A, St=Pending, P=5, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | 22:55:51 | 1/30/2016 | loi-search | 354453 | EVENT COMMENT=** VEH search completed at 01/30/16 22:55:51 |
| | | | | | ** VEH search completed at 01/30/16 22:55:51 |
| | | | | | ** LOI search completed at 01/30/16 22:55:51 |
| | | | | | SUPP INFO CREATED: Vehicle - Tag: SW3RV, State: NY |
| | | | | | SUPP INFO CREATED: Vehicle - Tag: SW3RVE, State: NY |
| | 22:55:51 | 1/30/2016 | ps1-d22 | 354453 | SUPP INFO CREATED: VEHIC: NYSW3RV20160206225551ES |
| | | | | | SUPP INFO CREATED: VEHIC: NYSW3RVE20160206225551ES |
| | 22:55:54 | 1/30/2016 | ps1-d22 | 354453 | EVENT COMMENT=** LOI information for Event # D16013024267 was viewed at: 01/30/16 22:55:54 |
| | | | | | ** >>>> by: MICHAEL D. MARKMAN on terminal: ps1-d22 |
| | 22:56:36 | 1/30/2016 | ps1-d22 | 354453 | EVENT COMMENT=PAYNE /ATLAITC ----- VERMONT /ATLANTIC |
| | 22:56:39 | 1/30/2016 | ps1-d22 | 354453 | EVENT COMMENT=** LOI information for Event # D16013024267 was viewed at: 01/30/16 22:56:39 |
| | | | | | ** >>>> by: MICHAEL D. MARKMAN on terminal: ps1-d22 |
| | 22:56:58 | 1/30/2016 | ps1-d22 | 354453 | Route=D, PCT=75, Sector=75A, St=Dispatch Assigned, P=5, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | | | | | Unit=75C1-3, St=DA, Comment=Event D16013024267 Dispatch Assigned |
| | | | | | EVENT COMMENT=75C1-3 -- Event D16013024267 Dispatch Assigned |
| | 22:57:06 | 1/30/2016 | ps1-d22 | 354453 | Unit=75LT1, St=DP, Loc=ATLANTIC AVE/LINWOOD ST BK |
| | 22:57:07 | 1/30/2016 | ps1-d22 | 354453 | Route=D, PCT=75, Sector=75A, St=Dispatch Assigned, P=5, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | | | | | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | 22:57:13 | 1/30/2016 | ps1-d22 | 354453 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | | | | | Unit=75ST2-3, St=DP, Loc=ATLANTIC AVE/LINWOOD ST BK |
| | 22:57:29 | 1/30/2016 | ps1-d16 | 361710 | EVENT COMMENT=CAR STOPPED MIDDLE LANE ATLANTIC AND VERMONT |
| | 22:57:42 | 1/30/2016 | ps1-d22 | 354453 | Unit=75C1-3, St=84, Loc=ATLANTIC AVE/LINWOOD ST BK |
| | 22:57:43 | 1/30/2016 | ps1-d22 | 354453 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | | | | | Unit=75C1-3, St=DP, Loc=ATLANTIC AVE/LINWOOD ST BK |
| | | | | | Unit=75C1-3, St=84, Comment=DA Auto Promote, Loc=ATLANTIC AVE/LINWOOD ST BK |
| | | | | | EVENT COMMENT=75C1-3 -- DA Auto Promote |
| | | | ps1- | | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Current=F, Open =T, |

| Time | Date | Terminal | Event # | Comment |
|---|---|---|---|---|
| 22:57:51 | 1/30/2016 | d22 | 354453 | Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | | | | Unit=75SP88, St=DP, Loc=ATLANTIC AVE/LINWOOD ST BK |
| 22:57:57 | 1/30/2016 | ps1-d16 | 361710 | EVENT COMMENT=CAR STOPPED---AT 2258 |
| 22:58:22 | 1/30/2016 | ps1-d22 | 354453 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Primary Unit=75C1-3, Primary Member=0, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| | | | | Unit=75ST1-3, St=DA, Comment=Event D16013024267 Dispatch Assigned |
| | | | | EVENT COMMENT=75ST1-3 -- Event D16013024267 Dispatch Assigned |
| 22:58:35 | 1/30/2016 | ps1-d16 | 361710 | EVENT COMMENT=AUTH OF SGT NFU----D2643 |
| 22:58:46 | 1/30/2016 | ps1-d22 | 354453 | Unit=75LT1, St=84, Loc=ATLANTIC AVE/LINWOOD ST BK |
| 22:58:53 | 1/30/2016 | ps1-d22 | 354453 | Unit=75C1-3, St=85, Loc=ATLANTIC AVE/LINWOOD ST BK |
| 23:00:10 | 1/30/2016 | ps1-d22 | 354453 | EVENT COMMENT=VEH WAS WANTED 10-16 -------------- |
| 23:01:17 | 1/30/2016 | ps1-d22 | 354453 | EVENT COMMENT=** LOI information for Event # D16013024267 was viewed at: 01/30/16 23:01:17 |
| | | | | ** >>>> by: MICHAEL D. MARKMAN on terminal: ps1-d22 |
| 23:02:33 | 1/30/2016 | loi-search | 354453 | EVENT COMMENT=** VEH search completed at 01/30/16 23:02:33 |
| | | | | SUPP INFO CREATED: Vehicle - Tag: HBU2241, State: NY |
| 23:02:33 | 1/30/2016 | ps1-d22 | 354453 | SUPP INFO CREATED: VEHIC: NYHBU2241201602062302335 |
| 23:02:39 | 1/30/2016 | ps1-d22 | 354453 | EVENT COMMENT=** LOI information for Event # D16013024267 was viewed at: 01/30/16 23:02:39 |
| | | | | ** >>>> by: MICHAEL D. MARKMAN on terminal: ps1-d22 |
| 23:19:36 | 1/30/2016 | ps1-d22 | 353206 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Primary Unit=75C1-3, Primary Member=0, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| 23:19:36 | 1/30/2016 | ps1-d22 | 353206 | Unit=75C1-3, St=AV, Comment=....ALL MOS ACCOUNTED FOR ..... NO INJS...D 1100 |
| 23:19:36 | 1/30/2016 | ps1-d22 | 353206 | Disposition Assigned=93Q |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Primary Unit=75C1-3, Primary Member=0, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Primary Unit=75C1-3, Primary Member=0, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Primary Unit=75C1-3, Primary Member=0, Current=F, Open =T, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Route=D, PCT=75, Sector=75A, St=Assigned, P=5, Primary Unit=75C1-3, Primary Member=0, Current=T, Open =F, Type=10V2-INVESTIGATE/POSSIBLE CRIME: SUSP VEHICLE/OUTSIDE, Open/Curent=F |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | EVENT CLOSED |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Unit=75LT1, St=AV, Comment=....ALL MOS ACCOUNTED FOR ..... NO INJS...D 1100 |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Unit=75SP88, St=AV, Comment=....ALL MOS ACCOUNTED FOR ..... NO INJS...D 1100 |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Unit=75ST1-3, St=AV, Comment=....ALL MOS ACCOUNTED FOR ..... NO INJS...D 1100, Loc=ATLANTIC AVE/LINWOOD ST BK |
| 23:19:37 | 1/30/2016 | ps1-d22 | 353206 | Unit=75ST2-3, St=AV, Comment=....ALL MOS ACCOUNTED FOR ..... NO INJS...D 1100 |
| 23:19:37 | 1/30/2016 | ps1- | 353206 | EVENT COMMENT=....ALL MOS ACCOUNTED FOR ..... NO INJS...D 1100 |

DEF000007