**Thomas & Spikes, Esqs.**
**Attorneys At Law**
111 Court Street, 2nd fl.
Brooklyn, N.Y. 11201
Tel. (718) 852-1899 * Fax. (718) 852-8093

January 10, 2020

BY ECF

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Teron Melville v. City of New York. et. al and companion case
    18 CV 3765 (AMD) (JO): and 18 CV 4260 (AMD)(JO)

Your Honor:

  I am the attorney for the Plaintiffs in the above-referenced matters. I am writing to respectfully request that the current court ordered briefing schedule of December 19, 2019 be revised. This is the plaintiff's second request to revise this schedule. I have spoken to Defendants' counsel, Mathew McQueen, and he consents to this request.

  My opposition is currently untimely and was due on January 8, 2020 and, unfortunately, due to some on-going health issues and that of a close family member, in addition to my mis-calendaring of the due date, I find myself having to make this request. Forgive me for not informing the court sooner, but I was unaware that I surpassed the deadline until today.

  I meant no disrespect to the Court and offer my sincerest apologies for this oversight.

  The following revised briefing schedule is agreeable to both counsels:

 Plaintiffs' Opposition Due:     January 15, 2020

 Defendants' Reply Due:      February 3, 2020

  Based upon the foregoing, I respectfully request that; this new briefing schedule for defendants' summary judgment motion be adopted by the Court.

Thanking you in advance for your consideration of this matter.

                                                  Sincerely,

                                                  *Kevin H. Spikes*

                                                  Kevin H. Spikes, Esq.

cc: Mathew McQueen, Esq. (by ECF)
     Attorney for Defendants