UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

CHRISTOL KEANE,                             Plaintiff,

     - against -

"JOHN DOES" 1-6 POLICE OFFICERS OF THE　　　1 8 CV 3765 (AMD) (JO)
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                    Defendants.

------------------------------------------------------------------------

------------------------------------------------------------------------
TERON MELVILLE,

                    Plaintiff

                                     18 CV 4260 (AMD) (JO)

-against-

JOHN DOES" 1-6 POLICE OFFICERS OF THE
CITY OF NEW YORK and L.T. "JOHN" CAIN
and THE CITY OF NEW YORK,

                    Defendants
------------------------------------------------------------------------

DECLARATION OF KEVIN H. SPIKES, ESQ., PURSUANT TO 28 U.S.C. SECTION 1746

1. I, KEVIN H. SPIKES ESQ., hereby declare under penalty of perjury:

2. I am an attorney licensed to practice in New York. I am a partner in the law firm of Thomas & Spikes, Esqs. attorneys for Plaintiffs Teron Melville and Christol Keane (collectively "Plaintiffs") in this action.

3  I have personally viewed the discovery documents submitted by defendants in this lawsuit.

4. Attached as Exhibit A is true copy of New York City Police Department Report dated 1/30/2016.

5. Attached as Exhibit B is a true copy of New York City Police Department UF250 dated January 30, 2016.

6. Attached as Exhibit C is a true copy of the Defendants Initial Disclosure.

6. This declaration is made upon personal knowledge and is filed pursuant to 28 U.S.C Section 1746(2). I declare under the penalty of perjury that the foregoing is true and correct,

Executed on September 9, 2019

*Kevin H. Spikes*
_____
Kevin H. Spikes